Edward Harold SAUNDERS, Jr., Plaintiff–Appellant,

v.

Kenneth E. LAY, Defendant–Appellee.

No. 12–6883.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 4, 2012.

Decided: Sept. 12, 2012.

Edward Harold Saunders, Jr., Appellant Pro Se.

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Harold Saunders, Jr. appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Saunders v. Lay*, No. 5:11–cv–00566–BO (E.D.N.C. Apr. 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*